IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ELDERBERRY OF WEBER CITY, LLC )<br>)<br>    *Plaintiff,* )<br>)<br>v. )<br>)<br>LIVING CENTERS—SOUTHEAST, INC., )<br>    *et. al,* )<br>    *Defendants.* ) | CASE NO. 6:12-CV-00052<br><br>**ORDER** |

For the reasons stated in the accompanying memorandum opinion:

1. The Report and Recommendation of the Magistrate Judge (docket no. 256) is **ADOPTED AND APPROVED** in its entirety.

2. Plaintiff's Motion for Attorney's Fees (docket no.197) is **GRANTED, in part**, and Plaintiff is awarded $278,864.12 in attorney's fees and expenses.

3. Plaintiff's Motion to Strike (docket no. 260) is **DENIED AS MOOT**.

It is so **ORDERED**.

Entered this 11th day of August, 2014.

                                        NORMAN K. MOON
                                      UNITED STATES DISTRICT JUDGE